UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

EILEEN H. CHAPOTON                                                                               PLAINTIFF

V.                                                           CIVIL ACTION NO. 1:06cv471-LTS-RHW

STATE FARM FIRE & CASUALTY COMPANY                                            DEFENDANT

### ORDER

The Minute Entry entered on April 17, 2007, in the docket of this cause of action dealt with, among other things, a procedure for briefing that remains in connection with Plaintiff's [54] Motion for Partial Summary Judgment. The entry reads, in pertinent part: "As to Defendant's . . . Fed. R. Civ. P. 56(f) request to conduct additional discovery . . . , the parties were to confer and agree on dates to conduct the additional discovery and thereafter immediately contact [the undersigned] to request a specific date for the Defendant to respond to Plaintiff's Motion for Summary Judgment."

I have received correspondence from defense counsel advising that the desired discovery (a deposition) is scheduled on May 11 in Dallas, Texas. Because of the time anticipated to obtain a transcript and prepare a response, Defendant requests that it have until up to and including June 1, 2007, to submit its response to Plaintiff's [54] Motion for Partial Summary Judgment. Under the circumstances, this is a reasonable request.

Accordingly, **IT IS ORDERED**:

Defendant's response to Plaintiff's [54] Motion for Partial Summary Judgment shall be due no later than June 1, 2007.

Plaintiff's reply shall be due no later than eight (8) days following the filing of Defendant's response.

Upon receipt of the response and reply, the [54] motion will be ripe for decision and no longer held in abeyance.

Except for good cause shown, no further extensions of time in this regard shall be granted.

**SO ORDERED** this the 27th day of April, 2007.

                                                                  s/ <u>L. T. Senter, Jr.</u>
                                                                  L. T. SENTER, JR.
                                                                  SENIOR JUDGE